UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:    Willis Woods, Jr.                                    Case Number:    17-60087
         Jeanine Woods
         Debtors

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 6/26/2017, Court Doc. # 44

    A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

    THE PLAN IS CONFIRMED.

    The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

    The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

    Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Willis Woods, Jr.
Jeanine Woods
77 Allen House Lane
London, KY  40741

SMYTH, MARY-ANN
P O BOX 425
225 E PEACHTREE STREET
CORBIN , KY  40702

ASCENSION CAPITAL GROUP
ATTN: CAPITAL ONE AUTO FINANCE
P O BOX 165028
IRVING, TX  75016

LERNER, SAMPSON & ROTHFUSS
P O BOX 5480
CINCINNATI, OH  45201-5480

SOTTILE & BARILE
P O BOX 476
LOVELAND, OH  45140

TIPTON & TIPTON
P O BOX 1284
404 ROY KIDD AVENUE
CORBIN, KY  40701

PENNYMAC LOAN SERVICES LLC
6101 CONDOR DR.
MOORPARK, CA  93021

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, July 31, 2017
(tnw)