UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:  CASE NO. 17-60087

WILLIS WOODS, JR.
JEANINE WOODS

DEBTORS  CHAPTER 13

ORDER ALLOWING DEBTORS TO INCUR ADDITIONAL DEBT
FOR PURCHASE OF VEHICLE

\* \* \* \* \* \* \*

The Debtor(s) having filed a Motion to Incur Additional Debt For Purchase of Vehicle, and the Court being sufficiently advised, it is ORDERED:

1. The Motion to Incur Additional Debt is APPROVED.

2. Such additional debt shall not be affected by any chapter 13 discharge entered in this case.

3. The chapter 13 trustee shall not be responsible for administering this additional debt.

Pursuant to Local Rule 9022-12 (c), Mary-Ann Smyth shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1 (a) and shall file with the Court a certificate of service of the Order upon such parties within ten (10) days hereof.

Hon. Beverly Burden
Chapter 13 Trustee
PO Box 2204
Lexington, KY 40508

All creditors of record

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, December 9, 2019**
(tnw)