UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:    CASE NO. 17-60087

WILLIS WOODS, JR.
JEANINE WOODS

DEBTORS    CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN

* * * * * *

The Debtors having requested that the Court enter an order allowing the Debtors to modify their Chapter 13 Plan, the Court having reviewed the file and being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The Motion by debtors is hereby GRANTED.

2. The Chapter 13 Plan payments shall be modified to $470.06 per month effective December, 2019 and for the remaining months of the Debtors' Chapter 13 Plan.

Pursuant to the provisions of E.D.Ky. LBR 9022-1(c), Mary-Ann Smyth, Esq., shall cause a copy of this order to be served on each of the parties designated to receive this order, pursuant to the provisions of E.D.Ky. LBR 9022-1(a), and shall file a certificate of service with the court showing that said order was served upon such parties within 14 days of entry as follows:

Hon. Beverly Burden
Chapter 13 Trustee
PO Box 2204
Lexington, KY 40508

All creditors of record

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, December 16, 2019
(grs)